No. 04-01-00778-CV



IN RE Eduardo A. TREVIÑO



Original Mandamus Proceeding


Arising from the 144th Judicial District Court, Bexar County, Texas


Trial Court Nos. 1999-CR-4085, 1999-CR-6204 & 1999-CR-6205


Honorable Mark R. Luitjen, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: January 16, 2002


WRIT DENIED

 An indigent appellant is entitled to preparation of a free record for purposes of appeal but not
for purposes of collateral attack, such as a writ of habeas corpus. See Escobar v. State, 880 S.W.2d
782, 783 (Tex. App.- Houston [1st Dist.] 1993, no pet.). This court has determined that the relator
is not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. Tex.
R. App. P. 52.8(a). 

 PER CURIAM

Do Not Publish